**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 09-CR-20075-UNGARO

UNITED STATES OF AMERICA,
Plaintiff,

v.

MICHAEL FRANK,
Defendant.
_________________________________/

**ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court upon, Defendant's Motion to Suppress evidence seized pursuant to a search warrant on the grounds that the Affidavit supporting the warrant failed to establish probable cause. (D.E. 29.) The matter was referred to Magistrate Judge Simonton, who issued a Report recommending that the Defendant's Motion to Suppress be DENIED following an oral argument made on the Motion on June 15, 2009. (D.E. 39.)

The Defendant has filed objections to the Magistrate Judge's Report and Recommendations. (D.E. 40.) The objections raised by the Defendant are merely a recitation of arguments proffered to the Court during oral arguments on the Motion to Suppress. Accordingly, the Court has reviewed Defendant's claims and objections but agrees with the analysis contained in the Magistrate Judge's Report, and, having conducted a *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 39) is RATIFIED, ADOPTED, and AFFIRMED. Defendant's Motion (D.E. 29) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of August, 2009.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record